# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Nos. 1D2025-0421
Nos. 1D2025-0437
_____

CHARITO MELVIN,

    Appellant,

    v.

PROGRESSIVE SELECT
INSURANCE COMPANY, PAUL
RICCI, and THE ESTATE OF
JOSEPH RICCI,

    Appellees.

_____


On appeal from the Circuit Court for Bay County.
James J. Goodman, Judge.


May 9, 2025


PER CURIAM.

    DISMISSED.

OSTERHAUS, C.J., and M.K. THOMAS and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Charito Melvin, pro se, Appellant.

No appearance for Appellees.